| | |
|---|---|
| KAZEM "KAZ" NEMATPOUR,<br><br>        Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC., a corporation; FLIK INTERNATIONAL CORP., a corporation; and DOES 1 through 25, Inclusive,,<br><br>        Defendant. | Case No: 2:17-cv-06490-MWF(Ex)<br><br>*[Originally Los Angeles Superior Court Case No.: BC669265]*<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) AND [PROPOSED] ORDER**<br><br>Complaint Filed: July 19, 2017<br>Trial Date: November 6, 2018 |

## ORDER

The Court, having considered the Parties' Joint Stipulation for Dismissal, and finding good cause therefore, adopts the terms thereof as the Order of the Court, and hereby orders that case no. 82:17-cv-06490-MWF(Ex) be dismissed in its entirety with prejudice.

IT IS SO ORDERED

Dated: October 25, 2018

_____

United States District Court Judge